IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JOHNNIE JOHNSON,                )
                                )
          Plaintiff,            )
                                )
     v.                         )    1:20CV251
                                )
RALPH KERSEY, Scotland County   )
Sheriff in his official         )
capacity, MITCHELL WOODS, in    )
his individual capacity,        )
MICHAEL WOODS, in his           )
individual capacity, and        )
JOHN DOE, as Surety,            )
                                )
          Defendants.           )
```

### ORDER

On May 3, 2021, the United States Magistrate Judge's Memorandum Opinion and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 23, 24.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Motion to Dismiss, (Doc. 12), filed by Defendants Mitchell Woods and Michael Woods is **GRANTED** pursuant to Fed. R. Civ. P. 12(b)(6) because the claims against these Defendants are time-barred.

This the 4th day of June, 2021.

                                                                /s/ William L. Osteen, Jr.
                                                                 United States District Judge